Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>FCT-SM, LLC,<br><br>　　　　Debtor. | ) Case No.: BK-S-23-12049-MKN<br>) Chapter 11<br>)<br>) **ORDER GRANTING DEBTOR'S**<br>) **EMERGENCY MOTION FOR**<br>) **ORDER DIRECTING JOINT**<br>) **ADMINISTRATION OF CASES**<br>) **UNDER BANKRUPTCY RULE**<br>) **1015(b)**<br>)<br>) **Hearing Date:**<br>) **Hearing Time:** |
|---|---|

　　　　Upon the motion (the "Motion") of the Debtors for entry of an order under Bankruptcy Rule 1015(b) (directing joint administration of these cases and administratively consolidating the

-1-

respective chapter 11 cases of each Debtor for procedural purposes only; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and for good and sufficient cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases of the Debtors will be jointly administered by the Court. Schedules, Statements, and Proofs of Claim will be filed in ach individual case. All other papers shall be filed in the lead case, 21st Century Communities, Case No. BK-S-23-12047-abl, and shall indicate on the caption with case(s) to which the paper relates.

3. A docket entry shall be made in each of the Chapter 11 Cases (except that of 21st Century Communities, Inc.) substantially as follows:

> An order has been entered in this case consolidating this case with the case of 21st Century Communities, Inc., Case No. BK-S-23-12047-abl, for procedural purposes only and providing for it joint administration in accordance with the terms thereof. The docket in Case No BK-S-23-12047-abl should be consulted for all matters affecting this case.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order

**IT IS SO ORDERED.**

-2-

Submitted by:

JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
8831 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorney for Debtors*

**JOHNSON & GUBLER, P.C.**
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

**LR 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

    \_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

    \_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing and opposed the relief, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    \_\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075