**Exhibit 3**

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Proposed Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>FCT-SM, LLC,<br><br><div align=center>Debtor.</div> | Case No.: BK-S-23-12049-MKN<br>Chapter 11<br><br><br>Date:  June 28, 2023<br>Time: 9:30 AM |

### ORDER GRANTING APPLICATION TO EMPLOY ATTORNEYS

Upon the application of the Debtor, 21st CENTURY COMMUNITIES, INC., together with FCT-MM, LLC, and FCT-SM, LLC praying for authority to employ and appoint the law firm of JOHNSON & GUBLER, P.C. as counsel to represent the Debtors in the above-captioned matter under a general retainer with regards to the administration of the Chapter 11 proceeding;

It appearing that the required notice of said Application has been given to all parties in interest and a hearing on the Application having been held on June 28, 2023, at the hour of 9:30 a.m.;

4

1   it further appearing that JOHNSON & GUBLER, P.C. are lawyers duly licensed in the State of

2   Nevada, the Court being satisfied that JOHNSON & GUBLER, P.C. represent no interest adverse to

3   said bankruptcy estate or interested parties in the matters upon which JOHNSON & GUBLER, P.C.

4   is necessary and would be to the best interest of the estate, and for the reasons stated orally and

5   recorded in open court that shall constitute the decision of the Court pursuant to Rule 7052 of the

6   Federal Rules of Civil Bankruptcy Procedure, and good cause appearing, it is hereby:

7           **ORDERED** that the Application to Employ Attorneys is GRANTED, and that the Debtor is

8   authorized to employ and appoint the law firm of JOHNSON & GUBLER, P.C. as Debtor's counsel

9   to represent the Debtor in any and all bankruptcy related matters.

10  Respectfully submitted by:

11  JOHNSON & GUBLER, P.C.

12

13  /s/ Matthew L. Johnson                          .
    Matthew L. Johnson, Esq.

14  8831 West Sahara Avenue
    Las Vegas, NV 89117

15

16                                  ###

17

18

19

20

21

22

23

24

25

26

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


*/s/ Matthew L. Johnson* .
Matthew L. Johnson, Esq.

6